# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| JAMES JACOB JONES | CIVIL ACTION NO. 18-1500 |
| | SECTION P |
| VS. | JUDGE TERRY A. DOUGHTY |
| LA DEPT. OF CORRECTIONS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff James Jacob Jones' claims, to the extent they relate to his requests for declaratory and monetary relief, are **DISMISSED WITH PREJUDICE** as frivolous until the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims, to the extent they relate to his requests for release from incarceration following his parole revocation, for release free from all terms and conditions of parole, and for a stay of Louisiana Board of Pardons and Parole proceedings "forbidding" Defendants from enforcing parole supervision, are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue habeas corpus relief.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Production of Documents, [doc. # 2], is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 10th day of January, 2019.

_____
Terry A. Doughty
United States District Judge